# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 18, 2008

Mr. SOLOMON B CERA
GOLD & BENNETT
595 Market Street
Suite 2300
San Francisco, CA 94105-0000

      RE: 08-1593 Horizon Asset Management, et al v. H&R Block, Inc., et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

      Within 10 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc: Mr. Sameer Advani
Mr. Jerome F. Birn Jr.
Mr. William Perry Brandt
Mr. Thomas C. Bright
Mr. John Michael Clear
Mr. Matthew L. Dameron
Mr. Thomas H. Golden
Mr. Christopher C Javillonar
Mr. Richard L. Posen
Mr. Steven M. Schatz
Mr. Patrick J. Stueve
Mr. Robert M. Thompson
Mr. Gregory L. Watts
Ms. Patricia L. Brune

District Court/Agency Case Number(s): 4:06-cv-00236-ODS

Caption For Case Number: 08-1593

In re: H&R Block Securities Litigation,

------------------------------

Horizon Asset Management Inc.,

       Plaintiff - Appellant

Michael Nettie; Iron Workers Local 16 Pension Fund; Feivel Gottlieb; Adele Lebowitz; Phyllis J. Winters; Doris Staehr; Raymond J. Kadigian; Momentum Partners; Stephen T. Hibbard,

       Plaintiffs

v.

H&R Block, Inc.; Mark A. Ernst; William L. Trubeck,

       Defendants - Appellees

Frank J. Cotroneo; James W. Yabuki; Bret G. Wilson; Thomas M. Bloch; Donna R. Ecton; Henry F. Frigon; Roger W. Hale; Louis W. Smith; Rayford Wilkins, Jr.; David Baker Lewis; Len J. Lauer; G. Kenneth Baum; Tom D. Seip; Jeffrey E. Nachbor; Melanie K. Coleman,

       Defendants

**Addresses For Case Participants:  08-1593**

Mr. SOLOMON B CERA
GOLD & BENNETT
595 Market Street
Suite 2300
San Francisco, CA  94105-0000

Mr. Sameer Advani
WILLKIE & FARR
787 Seventh Avenue
Suite 4672
New York, NY  10019-6099

Mr. Jerome F. Birn Jr.
WILSON & SONSINI
650 Page Mill Road
Palo Alto, CA  94304-1050

Mr. William Perry Brandt
BRYAN & CAVE
1200 Main Street
3500 One Kansas City Place
Kansas City, MO  64105-0000

Mr. Thomas C. Bright
GOLD & BENNETT
595 Market Street
Suite 2300
San Francisco, CA  94105-0000

Mr. John Michael Clear
BRYAN & CAVE
211 N. Broadway
3600 One Metropolitan Square
St. Louis, MO  63102-2186

Mr. Matthew L. Dameron
STUEVE & SIEGEL
460 Nichols Road
Suite 200
Kansas City, MO  64112

Mr. Thomas H. Golden
WILLKIE & FARR
787 Seventh Avenue
Suite 4672
New York, NY  10019-6099

Mr. Christopher C Javillonar
BRYAN & CAVE
1200 Main Street
3500 One Kansas City Place
Kansas City, MO  64105-0000

Mr. Richard L. Posen
WILKIE & FARR
787 Seventh Avenue
The Equitable Center, Suite 4324
New York, NY  10019-6099

Mr. Steven M. Schatz
WILSON & SONSINI
650 Page Mill Road
Palo Alto, CA  94304-1050

Mr. Patrick J. Stueve
STUEVE & HELDER
330 W. 47th Street
Suite 250
Kansas City, MO  64112-0000

Mr. Robert M. Thompson
BRYAN & CAVE
1200 Main Street
3500 One Kansas City Place
Kansas City, MO  64105-0000

Mr. Gregory L. Watts
WILSON & SONSINI
650 Page Mill Road
Palo Alto, CA  94304-1050

Ms. Patricia L. Brune
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106-0000